# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 JUL -6 PM 12:09

CLERK, U.S. DISTRICT C
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LUIS EDUARDO TEMORES-GARCIA,<br><br>　　　　　　　　Defendant. | CASE NO. 10CR2094-WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

___　of the offense(s) of:

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 2, 2010

　　　　　　　　　　　　　　　　　_Victor E. Bianchini_
　　　　　　　　　　　　　　　　　~~JOHN P. COONEY~~
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　ENTERED ON _____